AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>FREDY ROBERTO VENTURA MALDONADO,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:25MJ278<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 29, 2025  in the county of  York  in the
_____ District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

CARL L. WISEHART, ICE DO
Printed name and title

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 4/30/2025

City and state:  Omaha, Nebraska

_____
Judge's signature

RYAN C. CARSON, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>FREDY ROBERTO VENTURA MALDONADO,<br><br>             Defendant. | 8:25MJ278 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### FOR THE ARREST OF FREDY ROBERTO VENTURA MALDONADO

I, Carl L Wisehart, being first duly sworn, hereby state that:

### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2011. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

**PROBABLE CAUSE**

4. Fredy Roberto Ventura Maldonado, 216 669 205 (hereinafter "defendant") came to the attention of ICE officers on June 15, 2021, following his arrest for False Reporting by local police in Saline County, Nebraska. Defendant had been released back to the community. Records checks showed defendant had previously been ordered removed by an immigration judge and was physically removed from the U.S. on one prior occasion. Defendant was the target of the investigation due to his criminal convictions and prior removal. Defendant was arrested by ICE Officer Wisehart during a vehicle stop on April 29, 2025, after leaving his home in York, Nebraska, in the District of Nebraska. ICE officer Wisehart approached the defendant and identified himself as an Immigration Deportation Officer. Defendant was questioned as to his citizenship and nationality. Defendant presented his valid Honduran passport, and stated he is a citizen of Honduras that entered the United States unlawfully and is currently present in the United States unlawfully. Defendant was taken into custody without incident and was escorted to the ICE office in Omaha, Nebraska, for processing.

5. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that defendant had been arrested by DHS previously.

6. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 216 669 205) relating to this defendant.

7. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Honduras who was

removed from the United States to Honduras on September 4, 2020, pursuant to a final Immigration Judge Removal Order issued on August 18, 2020, in Omaha, Nebraska.

8. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

9. Your Affiant believes there is probable cause that defendant is in violation of Title 8, United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Your Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 30th day April, 2025.

_____
RYAN C. CARSON
United States Magistrate Judge
District of Nebraska